FILED NOV 15 2016
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DEAN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>SECOND JUDICIAL COURT, et al.,<br><br>Defendants. | CV 16-00055-BU-BMM-JCL<br><br>ORDER |

On October 13, 2016, Plaintiff Ray Dean Wilson filed a document which was liberally construed as a civil rights complaint but he did not pay the filing fee or file a motion to proceed in forma pauperis. On October 17, 2016, Judge Johnston issued an Order requiring Wilson to either pay the filing fee or submit a motion to proceed in forma pauperis on or before November 4, 2016. (Doc. 3.) Wilson has not complied.

In order to institute a civil action in federal court, a plaintiff must either pay a filing fee of $400.00 as required by 28 U.S.C. § 1914(a) or file a motion to proceed in forma pauperis under 28 U.S.C. § 1915. Here, no case has been initiated because Wilson has submitted neither the filing fee nor a motion to proceed in forma pauperis. Wilson's Complaint has not been filed, it was simply

1

lodged with the Court.

ACCORDINGLY, the Clerk of Court is directed to close this matter.

DATED this 15th day of November, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge